# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6747 | **DATE** | 4/17/2006 |
| **CASE TITLE** | Janet March vs. Crisham & Kubes | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 04/17/06, defendant's motion to dismiss is denied in its entirety. Status hearing set for 04/19/06 to stand.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|